**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| MARSHA JAREMENKO,<br>Plaintiff,<br><br>v.<br><br>PARKLAND MANOR LLC,<br>Defendant. | :<br>:<br>:<br>:<br>:<br>:<br>: | Civil No.: 5:26-cv-01080 |

**ORDER**

**AND NOW**, this 27th day of July, 2026, upon consideration of Defendant's Motion to Dismiss (ECF No. 17) and Plaintiff's Brief in Opposition (ECF No. 18), **IT IS HEREBY ORDERED** that Defendant's Motion (ECF No. 17) is **GRANTED in part.**

**IT IS FURTHER ORDERED** as follows:

1. Count II is **DISMISSED, without prejudice**.

2. Plaintiff **SHALL** have until **August 7, 2026** to file an Amended Complaint pursuant to Federal Rule of Civil Procedure 15(a)(2).[1]

BY THE COURT:

*/s/ John M. Gallagher*
JOHN M. GALLAGHER
United States District Court Judge

[1] Failure to do so may result in Count II being dismissed with prejudice.